**IN THE UNITED STATES FEDERAL DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**
**(Saint Louis, Missouri)**

| | |
|---|---|
| OMAR ALOMAR, | ) |
| Petitioner, | ) |
| | ) |
| vs. | )     **Cause No.: 26-CV-00652 RWS** |
| | ) |
| MARKWAYNE MULLIN, et al. | ) |
| | )     PLAINTIFF A No.: XXX-XXX-274 |
| | ) |
| | )     **AGENCY CASE NO.:** IOE0933717633 |
| Defendant(s). | ) |

*So Ordered* 7/16/26

**DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO FRCP 41(a)(1)(A)(i)**

**COMES NOW** Petitioner, by and through his below signed Counsel of Record, no Answer

to Complaint or Summary Judgment having been filed by any Defendant, hereby dismisses his

Complaint without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

 

US LEGAL SOLUTIONS, LLC
FOR PLAINTIFF/DEFENDANT

By:    //s// Kenneth K. Schmitt
KENNETH K. SCHMITT    #40666(MO)
8714 Gravois Road
St. Louis, MO 63123
Phone: 314-729-1049
Fax:    314-722-2000
Email: kschmitt@us-legalsolutions.com

1